

# Fourth Court of Appeals
## San Antonio, Texas

February 8, 2019

No. 04-17-00514-CV

Judith Ann **MIEARS** and Patricia Anderson,
Appellants

v.

Jean **MCPHERSON**,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-0659-CV-A
Honorable Jessica Crawford, Judge Presiding

# O R D E R

On January 16, 2019, this court issued its opinion and judgment. A motion for en banc reconsideration was due on January 31, 2019. *See* TEX. R. APP. P. 49.7.

On February 5, 2019, within fifteen days after the motion for en banc reconsideration was due, *see id.* R. 49.8, Appellants filed an unopposed motion for an extension of time to file a motion for en banc reconsideration until February 20, 2019.

Appellants' motion for extension of time is GRANTED. Appellants' motion for en banc reconsideration is due on February 20, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court